1  Stephen Montoya (#011791)
   **Montoya, Jimenez & Pastor, P.A.**
2  3200 North Central Avenue, Suite 2550
   Phoenix, Arizona 85012
3  602-256-6718 (telephone)
   602-256-6667 (fax)
4  stephen@montoyalawgroup.com

5  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Bagley, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Bel-Aire Mechanical, Inc., <br><br> Defendant. | No. CV 12-01429-PHX-SRB <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff hereby supplements his Response to Defendant's Motion for Summary Judgment, at p. 16, lines 19-12, with the Ninth Circuit's opinion in Davis v. Team Electric Co., 520 F.3d 1080, 1094-1095 (9th Cir. 2008):

> We note that even if an economic downturn were a valid reason for the layoff of some employees, Davis asserted in her administrative complaint, and Team Electric does not deny, that the company retained other electricians who were less senior than she. We also note that Davis's supervisors considered her to be a skilled and dedicated worker, creating further questions about why she was laid off despite her seniority. Both suggest that Team Electric's proffered explanation is pretextual. This evidence is particularly significant in light of the fact that Team Electric has failed to explain why its economic concerns led to the firing of Davis in particular.

This portion of the Ninth Circuit's opinion in Davis also supports the same point that Plaintiff's counsel made at oral argument on this very issue without the benefit of citation to Davis.

Respectfully submitted this 17th day of October 2013.

**MONTOYA, JIMENEZ & PASTOR, P.A.**

s/ Stephen Montoya
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on October 17, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Justin S. Pierce
Victoria R. Torrilhon
Jackson Lewis, LLP
2398 East Camelback Road, Suite 1060
Phoenix, Arizona 85016
Attorneys for Defendant

s/ Stephen Montoya