IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Bagley, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Be-Aire Mechanical, Incorporated,<br><br>Defendant. | No. CV-12-1429-PHX-SRB<br><br>JUDGMENT ON TAXATION OF COSTS |

Final judgment having been entered, defendant filed a Bill of Costs on November 22, 2013, seeking the taxation of $1,983.95. No objection was filed. The matter has been reviewed and all costs have been awarded.

The costs are hereby taxed for the defendant in the amount of $1,983.95.

DATED this 17th day of December, 2013.

BRIAN D. KARTH, CLERK

By: Michael O'Brien

Michael O'Brien
Chief Deputy Clerk